IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MAKENDY ALFRED,**

   *Plaintiff*,

v.                                           **Case No.: 4:24cv252-MW/MJF**

**W. SUMMERS, et al.,**

   *Defendants*.

_____/

**ORDER ACCEPTING AND ADOPTING
<u>REPORT AND RECOMMENDATION</u>**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 15. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 15, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915A(b)(1), for maliciousness and abuse of the judicial process." The Clerk shall close the file.

**SO ORDERED on November 13, 2024.**

                                                <u>s/Mark E. Walker</u>
                                                **Chief United States District Judge**